[No. 51114-9-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR SEVILLA
JIMINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-1-00699-4, George N. Bowden, J.,
entered August 9, 2002. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Coleman and Appelwick, JJ.

[No. 51480-6-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALIBABA DURAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-02147-2, Douglas D. McBroom, J., entered
November 22, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51494-6-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DARNELL
CROONE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-01620-4, Laura Gene Middaugh, J., en-
tered July 15, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51527-6-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED ADAM
YUSUF, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-8-03333-6, Dale B. Ramerman, J., entered
December 12, 2003. *Dismissed* by unpublished per curiam
opinion.